IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| DR. KENNETH H. MINCEY, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DEERE & COMPANY and SOUTHEAST )<br>FARM EQUIPMENT COMPANY, )<br>)<br>    Defendants. )<br>)<br>) | Case No. 4:23-cv-01050-JD<br><br>**RULE 26(f) REPORT** |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐   We agree that the schedule set forth in the Conference and Scheduling Order filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☒   We agree that the schedule set forth in the Conference and Scheduling Order filed requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐   We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

(SIGNATURE PAGE ATTACHED)

1

| PLAINTIFF | DEFENDANTS |
|---|---|
| PARKER LAW GROUP | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| /s/ *Austin H. Crosby* <br> Austin H. Crosby, Fed ID 11536 <br> acrosby@parkerlawgroupsc.com <br> Ronnie L. Crosby, Fed ID 6311 <br> rcrosby@parkerlawgroupsc.com <br> 101 Mulberry Street East <br> Post Office Box 487 <br> Hampton, South Carolina 29924 <br> (803) 903-1781 <br><br> *Attorneys for Plaintiff* | /s/ *Patrick D. Quinn* <br> Patrick D. Quinn (Fed. Bar No. 11937) <br> patrick.quinn@nelsonmullins.com <br> NELSON MULLINS RILEY & SCARBOROUGH LLP <br> 1320 Main Street <br> 17th Floor, Meridian Building <br> Columbia, South Carolina 29201 <br> (803) 799-2000 <br><br> and <br><br> LIGHTFOOT, FRANKLIN & WHITE, LLC <br> Reid C. Carpenter (p*ro hac vice*) <br> *rcarpenter@lighfootlaw.com* <br> Amaobi J. Enyinnia (p*ro hac vice)* <br> *aenyinnia@lightfootlaw.com* <br> The Clark Building <br> 400 20th Street North <br> Birmingham, Alabama 35203 <br> 205-581-0700 <br><br> *Attorneys for Defendant Deere & Company* <br><br> TURNER, PADGET, GRAHAM & LANEY, P.A. <br><br> /s/*Carmelo B. Sammataro* <br> Carmelo B. Sammataro (Fed. I.D. # 9174) <br> Abigail C. Bray (Fed. I.D. # 13676) <br> Post Office Box 1473 <br> Columbia, SC 29202 <br> Phone: (803) 254-2200 <br> Fax: (803) 799-3957 <br> SSammataro@TurnerPadget.com <br> ABray@TurnerPadget.com <br><br> *Attorneys for Defendant Southeast Farm Equipment Company* |

Dated: May 1, 2023